

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bradley Sayre | Civil Action No. 17cv2285-JLS-MDD |
| Plaintiff, | |
| V. | |
| JP Morgan Chase Securities, LLC | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court finds the decision was not arbitrary, but was based on a reasonable decision by the Panel. Thus, because there is no ground to vacate or modify the award, the Court denies Mr. Sayre's Petition to Vacate.

Date: 2/26/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Lozano

M. Lozano, Deputy